Eastern District of Kentucky
FILED

JUL 24 2025

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE**

**UNITED STATES OF AMERICA**

V.                                                                INDICTMENT NO. 7:25-cr-024-KKC

**CLYDE R. ENDICOTT,**
    **aka RUDY**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>
**21 U.S.C. § 846**

Beginning on or about a day in June 2023, the exact date unknown, and continuing through on or about a day in June 2025, in Wolfe County, Breathitt County, and Magoffin County, in the Eastern District of Kentucky, and elsewhere,

**CLYDE R. ENDICOTT,
aka RUDY,**

did conspire with others to knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

<u>**COUNT 2**</u>
**21 U.S.C. § 841(a)(1)**

On or about August 8, 2024, in Wolfe County, in the Eastern District of Kentucky,

**CLYDE R. ENDICOTT,**
**aka RUDY,**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 3
## 21 U.S.C. § 841(a)(1)

On or about May 27, 2025, in Wolfe County, in the Eastern District of Kentucky,

**CLYDE R. ENDICOTT,**
**aka RUDY,**

did knowingly and intentionally distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 4
## 21 U.S.C. § 841(a)(1)

On or about June 9, 2025, in Wolfe County, in the Eastern District of Kentucky,

**CLYDE R. ENDICOTT,**
**aka RUDY,**

did knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 5
## 18 U.S.C. § 922(g)(1)

On or about June 9, 2025, in Wolfe County, in the Eastern District of Kentucky,

**CLYDE R. ENDICOTT,**
**aka RUDY,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, specifically: a Smith & Wesson, 9mm caliber pistol with serial number NJN4915, and the firearm was in and affecting commerce, all in violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL

███████████
FOREPERSON

*[signature]*
PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## PENALTIES

## COUNTS 1-4

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

**If Prior Felony Drug Offense:**
Not more than 30 years imprisonment, not more than a $2,000,000 fine, and at least 6 years supervised release.

**If responsible for 50 grams or more of a mixture of substance containing a detectable amount of methamphetamine or 5 grams or more of methamphetamine:**
Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

**If Prior Serious Drug Felony Conviction or Serious Violent Felony:**
Not less than 10 years nor more than life imprisonment, not more than a $8,000,000 fine, and at least 8 years supervised release.

**If responsible for 500 grams or more of a mixture of substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine:**
Not less than 10 years nor more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

**If Prior Serious Drug Felony Conviction or Serious Violent Felony:**
Not less than 15 years nor more than life imprisonment, not more than a $20,000,000 fine, and at least 10 years supervised release.

## COUNT 5:

Not more than 15 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**PLUS:**   Mandatory special assessment of $100 per count.